UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.   1:18-mj-0776 |
| | ) | |
| NOLAN BREWER, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR AUGUST 22, 2018**
<u>**HONORABLE MARK J. DINSMORE, MAGISTRATE JUDGE**</u>

The parties appeared for a continuation of the detention hearing from August 21, 2018. Defendant appeared in person and by CJA counsel Sam Ansell.   Government represented by AUSA Nick Linder.   USPO represented by Ryan Harrold.

The Court denied the government's motion and ordered the defendant released pending trial.   The Court prepared and issued an Order Setting Conditions of Release by separate order.

The government moved to stay the court's order of release and the same was granted. The government has forty-eight (48) hours to file an appeal with the district judge.   The defendant will remain in custody pending the appeal.

Defendant remanded to the custody of the U.S. Marshal pending further proceedings before the Court.

Date:   22 AUG 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system