UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
AUG 31 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff, | )<br>)<br>) |
| vs. | ) 1:18-mj-0776-TAB-1 |
| NOLAN BREWER,<br>　　　　　　Defendant. | )<br>)<br>) |

### DEFENDANT'S NOTICE OF MANUAL FILING

Comes now the Defendant, Nolan Brewer, by counsel, H. Samuel Ansell, and notifies this Court and the United States of America that the following listed item has been submitted to the Court via manual filing as if attached to Defendant's Response in Opposition to Government Motion for Revocation of Release Order:

1. Exhibit 2-Recorded interview of Nolan Brewer.

Respectfully submitted,

_____
H. Samuel Ansell
Attorney for Brewer

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ H. Samuel Ansell*
H. Samuel Ansell
Attorney for Brewer

Ansell Law Firm, LLC
156 E. Market Street
Suite 900
Indianapolis, Indiana 46204
Telephone: 317-381-0371
Attorneyansell@gmail.com